UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA
FOURTH DIVISION

Michael J. Chinn,

Plaintiff,

vs.

Marconi Commerce Systems, Inc.,

Defendant.

Court File No. 01-2253 DSD/JMM

**STIPULATED PROTECTIVE ORDER**

On this 26 day of April, 2002, the Court reviewed the stipulation and agreement for a Protective Order, and makes the following Orders:

1. Confidential Information, as later defined herein, shall be used only for the purpose of this litigation and for no other purpose whatsoever, and shall not be given, shown, made available or communicated in any way to anyone except Qualified Persons, as herein defined.

2. Confidential Information shall be deemed to include, without limitation:

a) Those company policies, salary history, and personnel information and other matters now requested or hereinafter requested by the Plaintiff or the Defendant and such other information as may be deemed by this Court to be relevant or material herein.

b) Any information concerning such as set forth in 2(a) hereinabove as may be, from time to time, produced by either party herein and declared by either party at the time of production to be "Confidential Information" and subject to this Order, such designation to be in writing and may be by letter of transmittal to the opposing party.



FILED APR 26 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

3. Except with the prior written consent of counsel, or pursuant to further Order of this Court on motion with notice to the opposing party, no Confidential Information may be disclosed to any person other than "Qualified Persons" who shall be defined to include the parties (including employees, agents and representatives of Defendant), any counsel of record for the parties in this action, and secretaries, paraprofessional assistants, and other employees of such counsel who would be actively engaged in assisting counsel in connection with this action.

4. This Order, insofar as it restricts the communication in any way and use of Confidential Information, shall continue to be binding through and after the conclusion of this litigation. At the conclusion of this action, including all appeals:

a) Plaintiff, Defendant and their respective counsel shall take all reasonable steps necessary to reclaim all Confidential Information, including correspondence, memoranda, notes or any other documents embodying such information, in whole or in part, and counsel shall return all copies of such Confidential Information to the producing party's counsel.

b) Counsel and all Qualified Persons are enjoined from disclosing in any manner any Confidential Information obtained during the course of this proceeding. Severe sanctions will attach to any person who discloses such in violation of this provision.

5. Nothing in this Order shall prevent any party from seeking modification of this Order at any time as to specific matters designated "Confidential Information" to remove such from the application of this Order.

6. Such Confidential Information as may be required to be filed with the Court and with the Clerk of this Court shall be filed under seal. Only the Court, Court personnel, and

counsel for the parties shall have access to the sealed record in this proceeding until further Order of this Court.

IT IS HEREBY SO ORDERED.

4/26/02

The Honorable John M. Mason
Magistrate Judge, United States District Court

APPROVED AS TO FORM:

**LAURIE & LAURIE, P.A.**

Ian S. Laurie (#029116X)
Gerald T. Laurie (#61116)
508 East Parkdale Plaza Building
1660 South Highway 100
St. Louis Park, MN 55416
Telephone: 952.738.0191

**ATTORNEYS FOR PLAINTIFF**

**LITTLER MENDELSON, P.C.**

Charles E. Feuss (#301607)
Chad W. Strathman (#270957)
Multifoods Tower – Suite 3110
33 South 6th Street
Minneapolis, Minnesota 55402
Telephone: 612.630.1000
Facsimile: 612.630.9626

**ATTORNEYS FOR DEFENDANT**

MINNEAPOLIS:32133.1 028227.1007
04/11/02 10:00 AM

# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA
OFFICE OF THE CLERK

316 N. ROBERT ST., RM. 700
ST. PAUL, MN 55101

300 S. FOURTH ST., RM 202
MINNEAPOLIS, MN 55415

417 FEDERAL BLDG, 515 W. FIRST ST.
DULUTH, MN 55802

# Clerk's Notice In Re: Protective Order

A Protective/Confidentiality Order has been entered in this action. You must comply with the guidelines set forth below when filing **confidential original** documents with the Clerk of U.S. District Court. Failure to do so will cause the documents to be returned.

*Guidelines for filing with the Clerk:*

A. Documents are to be **sealed** (closed, fastened, taped, or otherwise secured) in an envelope of comparable size no larger than 9 by 12 *(LR5.1 All pleadings, motions, and other papers presented for filing shall be on 8 1/2 x 11 inch white paper...flat and unfolded. this rule does not apply to (1) exhibits submitted for filing; and, (2) documents filed in removed actions prior to removal from the state courts.)*

B. Each envelope must list the following information, and each document is to be in a separate envelope.
- Action/case number
- Brief action/case title
- Party, name, and complete title of document (i.e. Deft. Johnson's Motion for Dismissal) must be noted on each envelope. Motions, affidavits and memorandums are considered three separate documents.
- The word "**SEALED**" or "**CONFIDENTIAL**"

***Guidelines for filing with a U.S. District Judge or Magistrate Judge:***

In addition to the above procedures, copies for delivery to the U.S. District Judge or U.S. Magistrate Judge are to be marked accordingly and bound together as a set.