(Revised 10/01) Admission Pro Hac Vice

# UNITED STATES DISTRICT COURT

District of Minnesota
Clerk's Office, 700 Federal Building,
316 North Robert Street, St. Paul, MN 55101
Phone: 651-848-1100

## MOTION FOR ADMISSION PRO HAC VICE

Case Number: 01-2253 (DSD/JMM) Case Title: Chinn v. Marconi Commerce Systems

### Affidavit of Movant

I, Chad W. Strathman, an active member in good standing of the bar of the U.S. District Court for the District of Minnesota, request that this Court admit pro hac Martin N. Erwin, an attorney admitted to practice in the ________ District of ________, but not admitted to the bar of this court, who will be counsel for ☐ plaintiff ☑ defendant Marconi Commerce Systems in the case listed above. I am aware that the local rules of this court require that I participate in the presentation of the case listed above, and that I accept service of all papers served.

| Signature | MN Attorney License # | Date |
|---|---|---|
| [signature] | 270957 | May 9, 2002 |

### Affidavit of Proposed Admittee

I, Martin N. Erwin, am currently a member in good standing of the U.S. District Court for Middle District of North Carolina, but not admitted to the bar of this court. I understand that if this Court grants me admission pro hac vice, the movant bringing this motion must participate in the preparation and presentation of the matters listed above, and must accept service of all papers served.

| Type/Print Name | Signature | Date |
|---|---|---|
| Martin N. Erwin | Martin N. Erwin [signature] | May 13, 2002 |

Attorney License Number: 1354
Law Firm Name & Address: Smith Moore LLP
First Union Tower, 300 North Greene Street, Suite 1400, P.O. Box 21927
Greensboro, North Carolina 27420
Telephone: (336) 378-5200

Motion Granted: Richard D. Sletten [signature] AML
For the Court: Richard D. Sletten, Clerk

Date: JUN 03 2002

Note: The original of this form and the Pro Hac Vice admission fee of $25 shall be filed with the Clerk of Court before you will be included in the roll of admitted attorneys and receive notices generated in the above-entitled action

JUN 03 2002
FILED ________
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD ________
DEPUTY CLERK ________