Y24770

(Revised 10/01) Admission Pro Hac Vice

# UNITED STATES DISTRICT COURT

District of Minnesota
Clerk's Office, 700 Federal Building,
316 North Robert Street, St. Paul, MN 55101
Phone: 651-848-1100

## MOTION FOR ADMISSION PRO HAC VICE

Case Number: 01-CV-2253 (JEL/JGL) Case Title: Chinn v. Marconi Commerce Systems

### Affidavit of Movant

I, Chad W. Strathman ,an active member in good standing of the bar of the U.S. District Court for the District of Minnesota, request that this Court admit pro hac Elizabeth I. Torphy-Donzella , an attorney admitted to practice in the United States District of Maryland ,but not admitted to the bar of this court, who will be counsel for ☐ plaintiff ☑ defendant Marconi Commerce Systems in the case listed above. I am aware that the local rules of this court require that I participate in the presentation of the case listed above, and that I accept service of all papers served.

[signature] Signature — 270957 MN Attorney License # — 8/1/02 Date

### Affidavit of Proposed Admittee

I, Elizabeth I. Torphy-Donzella , am currently a member in good standing of the U.S. District Court for Maryland District of ________ , but not admitted to the bar of this court. I understand that if this Court grants me admission pro hac vice, the movant bringing this motion must participate in the preparation and presentation of the matters listed above, and must accept service of all papers served.

Elizabeth I. Torphy-Donzella Type/Print Name — [signature] Signature — 7.29.02 Date

Attorney License Number: ________

Law Firm Name & Address: Shawe & Rosenthal, LLP
Sun Life Building, 20 South Charles Street , 11th Floor
Baltimore, Maryland 21201

Telephone: (410) 752-1040

Motion Granted: [signature] — AUG 0 1 2002 Date
For the Court: Richard D. Sletten, Clerk

AML

Note: The original of this form and the Pro Hac Vice admission fee of $25 shall be filed with the Clerk of Court before you will be included in the roll of admitted attorneys and receive notices generated in the above-entitled action

FILED AUG ...
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD ________
DEPUTY CLERK ________

424770

(Revised 10/01) Admission Pro Hac Vice

# UNITED STATES DISTRICT COURT

District of Minnesota
Clerk's Office, 700 Federal Building,
316 North Robert Street, St. Paul, MN 55101
Phone: 651-848-1100

## MOTION FOR ADMISSION PRO HAC VICE

Case Number: 01-CV-2253 (JEL/JGL) Case Title: Chinn v. Marconi Commerce Systems

### Affidavit of Movant

I, Chad W. Strathman ,an active member in good standing of the bar of the U.S. District Court for the District of Minnesota, request that this Court admit pro hac Mark J. Swerdlin , an attorney admitted to practice in the United States District of Maryland ,but not admitted to the bar of this court, who will be counsel for ☐ plaintiff ☑ defendant Marconi Commerce Systems in the case listed above. I am aware that the local rules of this court require that I participate in the presentation of the case listed above, and that I accept service of all papers served.

| [signature] | 270957 | 8/1/02 |
|---|---|---|
| Signature | MN Attorney License # | Date |

### Affidavit of Proposed Admittee

I, Mark J. Swerdlin , am currently a member in good standing of the U.S. District Court for Maryland District of ________, but not admitted to the bar of this court. I understand that if this Court grants me admission pro hac vice, the movant bringing this motion must participate in the preparation and presentation of the matters listed above, and must accept service of all papers served.

| Mark J. Swerdlin | [signature] | July 29, 2002 |
|---|---|---|
| Type/Print Name | Signature | Date |

Attorney License Number: ________

Law Firm Name & Address: Shawe & Rosenthal, LLP
Sun Life Building, 20 South Charles Street, 11th Floor
Baltimore, Maryland 21201

Telephone: (410) 752-1040

Motion Granted: [signature] AUG 01 2002
For the Court: Richard D. Sletten, Clerk Date

Note: The original of this form and the Pro Hac Vice admission fee of $25 shall be filed with the Clerk of Court before you will be included in the roll of admitted attorneys and receive notices generated in the above-entitled action

FILED AUG 0 1 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD________
DEPUTY CLERK________