**THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MINNESOTA**

| | | |
|---|---|---|
| **MICHAEL J. CHINN,** <br><br> **Plaintiff** <br><br> **v.** <br><br> **MARCONI COMMERCE SYSTEMS, INC., a North Carolina Corporation** <br><br> **Defendant** | ) | JEL/JGL <br> **Case No.: 01-2253- ~~DSD/JMM~~** <br><br> **JOINT MOTION TO EXTEND DISCOVERY DEADLINE** |

**ORDER**

IT IS HEREBY ORDERED this 7 day of OCT, 2002, that the parties' Joint Motion to Extend Discovery Deadline to and including December 15, 2002 is GRANTED.

_____________________________
United States District Court Judge

OCT 0 8 2002
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK