IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA
Case No. 01-2253 - JEL/JGL

| | | |
|---|---|---|
| MICHAEL J. CHINN, Plaintiff, | ) | |
| v. | ) | ORDER |
| MARCONI COMMERCE SYSTEMS, INC., Defendant. | ) | |

For good cause shown, it is hereby ordered without objection from the parties that Martin N. Erwin and his firm, Smith Moore LLP are permitted to withdraw as counsel for the defendant and shall no longer be shown as counsel of record for the defendant.

This it ___ day of ________, 2002.

United States District Judge

FILED ________
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD ________
DEPUTY CLERK ________